UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD DALTON JAMES GANOE,

    Petitioner,

v.

UNITED STATES PAROLE
COMMISSION, et al.,

    Respondents.

ORDER

Civil No. 04-1766-JE

HAGGERTY, Chief Judge:

    Magistrate Judge Jelderks referred to this court a Findings and Recommendation [38] in this matter. The Findings and Recommendation recommends denying the Amended Petition for Writ of Habeas Corpus [32], and entering judgment dismissing this case with prejudice. Petitioner filed timely objections to the Findings and Recommendation, relying on the same arguments that were presented to Judge Jelderks.

1 - ORDER

When a party objects to any portion of a Findings and Recommendation, the district court must conduct a de novo review. 28 U.S.C. § 636(b)(1)(B); *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Here, the court has performed a de novo review, evaluated the Findings and Recommendation, the objections, and the entire record. After this review, the court adopts the Findings and Recommendation.

The court adopts the Findings and Recommendation [38]. The Amended Petition for Writ of Habeas Corpus [32] is DENIED.

IT IS SO ORDERED.

DATED this 3 day of March, 2008.

Ancer L. Haggerty
United States District Judge

2 - ORDER